STATE of Missouri, Respondent,

v.

David WASHINGTON, Appellant.

David WASHINGTON, Appellant,

v.

STATE of Missouri, Respondent.

Nos. 62904, 64321.

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

## ORDER

PER CURIAM.

Defendant appeals after a jury convicted him of sodomy and the motion court denied his Rule 29.15 motion. We affirm. We find no error of law appears and the findings of fact of the motion court are not clearly erroneous. Rule 84.16(b)(2) and (5). Further, we find no precedential or jurisprudential purpose would be served by an extended

opinion and affirm by written order. Rule 30.25(b); Rule 84.16(b). A memorandum has been provided to the parties for their use only.